338 November 29, 2023 No. 628

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KYLE ADAM McCORMICK,
*Defendant-Appellant.*

Lane County Circuit Court
21CR11681; A178431

Charles D. Carlson, Judge.

Submitted October 27, 2023.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Colm Moore, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

KAMINS, J.

Reversed and remanded.

**KAMINS, J.**

Defendant appeals a judgment of conviction for harassment constituting domestic violence, ORS 166.065. After defendant pleaded guilty to the offense, the trial court sentenced him to 36 months' bench probation and prohibited him from possessing firearms or ammunition under ORS 166.255. Defendant appeals, contending that harassment is not a qualifying misdemeanor for the lifetime firearm prohibition under ORS 166.255. In light of this court's recent decision, we agree. *See State v. Eggers*, 326 Or App 337, 351, 532 P3d 518 (2023) (holding that the crime of harassment is not a "qualifying misdemeanor" for purposes of the firearm prohibition in ORS 166.255). Accordingly, we reverse defendant's firearm prohibition and remand for resentencing.

Reversed and remanded.